

# KARPF, KARPF & CERUTTI, P.C.

ATTORNEYS AT LAW

3331 Street Road
Two Greenwood Square
Suite 128
Bensalem, PA 19020
Tel: (215) 639-0801
Fax: (215) 639-4970
akarpf@karpf.-law.com

July 17, 2023

**VIA ECF**

The Honorable Paul S. Diamond
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106

      **Re:**   *Dawn Killen v. Bayview Asset Management, LLC, et al.*
                 **Case No.: 18-4263**

Dear Judge Diamond,

    Please accept this letter on behalf of both Parties that an Order pursuant to Local Rule 41.1(b) can be issued.

    Please let me know if the Court requires any additional information.

    Thank you.

                                       Respectfully submitted,

                                       **KARPF, KARPF & CERUTTI, P.C.**

                                       */s/ Ari R. Karpf*
                                       Ari R. Karpf, Esq.

cc:    James N. Boudreau, Esq. (via email only boudreauj@gtlaw.com)
       Sarah R. Goodman, Esq. (via email only goodmansa@gtlaw.com)