IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DAWN KILLEN,** : | |
|       **Plaintiff,** : | |
| : | |
| **v.** : | Civ. No. 18-4263 |
| : | |
| **BAYVIEW ASSET MANAGEMENT, LLC** : | |
| **and BAYVIEW LOAN SERVICING, LLC,** : | |
|       **Defendants.** : | |

**O R D E R**

**AND NOW**, this 17th day of July, 2023, it having been reported that the issues between the Parties in the above action have been settled, and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is hereby **ORDERED** that the above action is **DISMISSED** with prejudice.

The case shall be removed from the suspense docket and closed.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
Paul S. Diamond, J.